**Opinion filed March 24, 2011**



**In The**

# Eleventh Court of Appeals

_____

## Nos. 11-11-00054-CR & 11-11-00055-CR

_____

## ROBERT KEITH BROOKS, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 161st District Court**

**Ector County, Texas**

**Trial Court Cause Nos. A-33,437 & A-33,438**

## M E M O R A N D U M   O P I N I O N

Robert Keith Brooks filed a pro se notice of appeal in each cause from the trial court's denial of his postconviction application for writ of habeas corpus. On March 7, 2011, this court wrote appellant and informed him that it did not appear that our court had jurisdiction in these cases. We requested that appellant respond and show grounds to continue the appeals. Appellant has filed a response in which he requests that this court reinstate his direct appeals.

On March 13, 2009, appellant was convicted of the offenses of aggravated assault with a deadly weapon and sentenced to thirty years confinement. Appellant appealed to this court, and

the appeals were dismissed by this court on November 19, 2009, in our cause nos. 11-09-00121-CR and 11-09-00122-CR. This court has no jurisdiction to reinstate appellant's direct appeals or to consider appeals from the denial of postconviction applications for writ of habeas corpus filed pursuant to TEX. CODE CRIM. PROC. ANN. art. 11.07 (Vernon Supp. 2010).

Accordingly, these appeals are dismissed for want of jurisdiction.

PER CURIAM

March 24, 2011

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.